IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,          Cr. S-03-247-DFL

  v.                    O R D E R

MATEO ESTRADA,

     Defendant.
_____/

For the reasons stated in open court, the motion for new trial and motion to dismiss are DENIED.

IT IS SO ORDERED.

Dated: 7/22/2005

_____
DAVID F. LEVI
United States District Judge

1