McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 03-0247 DLJ KJM P |
| Plaintiff/Respondent, | ) | |
| v. | ) | |
| MATEO ESTRADA, | ) | ORDER |
| Defendant/Movant. | ) | |

**IT IS HEREBY ORDERED**: That the government's request for an extension of time in which to file its response to the defendant's § 2255 petition is GRANTED. The government must now file its response on or before July 14, 2008.

Dated: June 5, 2008.

_____
U.S. MAGISTRATE JUDGE

1