IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

MATEO ESTRADA,

    Movant.

No. CR S-03-0247 JAM KJM P

<u>ORDER</u>

/

Movant has filed a motion seeking leave to amend his application for writ of habeas corpus filed under 28 U.S.C. § 2255. Movant's original application is fully briefed and submitted to the court for decision.

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, the court shall "freely give leave [to amend] when justice so requires." In this case, movant fails to present any reason justifying his delay in presenting the information he now wishes to present through an amended application. Therefore, his motion for leave to amend will be denied. <u>See</u> <u>Forman v. Davis</u>, 371 U.S. 178, 182 (1962) (court may deny leave to amend because of undue delay).

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that movant's request for leave to amend his application for writ of habeas corpus (#95) is denied.

DATED: April 10, 2009.

_____
U.S. MAGISTRATE JUDGE

estr0247.amd