IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

MATEO ESTRADA,

    Movant.

No. Cr. S-03-0247 JAM KJM P

<u>ORDER</u>

_____/

    On April 22, 2009, movant filed a request for reconsideration of the magistrate judge's order filed April 10, 2009 denying movant's request for leave to file an amended 28 U.S.C. § 2255 motion. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 10, 2009, is affirmed.

DATED: May 21, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

estr0247.850