IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Petitioner,            No. CR-S-03-0247 JAM KJM P

  vs.

MATEO ESTRADA,

     Movant.             <u>ORDER</u>

_____/

        Movant has filed a request to proceed in forma pauperis on appeal. Movant appeals the interlocutory denial of his request to file an amended § 2255 motion. Because this is not a proper basis for appeal, <u>see</u> 28 U.S.C. § 1292, his appeal is not taken in good faith. Therefore, the request to proceed in forma pauperis on appeal is denied. <u>See</u> 28 U.S.C. 1915(a)(3).

DATED: July 20, 2009

                                               /s/ John A. Mendez
                                               UNITED STATES DISTRICT JUDGE

estr0247.ifp