IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-03-0247 JAM KJM P |
|     Respondent, | |
|   vs. | |
| MATEO ESTRADA, | |
|     Movant. | ORDER |
|                               / | |

Movant, a United States prisoner proceeding pro se, has filed a request to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that movant is unable to afford the costs of suit. Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal is granted. See 28 U.S.C. § 1915(a).

DATED: October 13, 2009.

_____
U.S. MAGISTRATE JUDGE

1
estr0247.4