IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

MATEO ESTRADA,

    Movant.

No. CR S-03-0247 JAM KJM P

<u>ORDER</u>

        Movant, a federal prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 21, 2009 denial of his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Before movant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1    For the reasons set forth in the magistrate judge's May 12, 2009 findings and
2 recommendations, movant has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.
5 DATED: November 24, 2009

                                                              /s/ John A. Mendez
                                                              UNITED STATES DISTRICT JUDGE