UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:03-cr-0247-JAM-DAD P |
| | ) | |
| Respondent, | ) | ORDER DENYING MOTION FOR RECONSIDERATION |
| | ) | |
| v. | ) | |
| | ) | |
| MATEO ESTRADA | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| | ) | |
| | ) | |

        Presently before the Court is Movant Mateo Estrada's ("Movant") Motion for Reconsideration (Doc. #135) of Magistrate Judge Drozd's Order (Doc. #134) denying Movant's motion to set aside a previous § 2255 judgment (Doc. #129).

        28 U.S.C. § 636(b) and E.D. Cal. Local Rule 303 govern the standard for a Motion for Reconsideration.  The district court "may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law."  28 U.S.C. § 363(b)(1)(A); E.D. Cal. Local Rule 303(f). "[R]eview under the clearly erroneous standard is significantly deferential, requiring a definite and firm conviction that a

1

1 | mistake has been committed." Sec. Farms v. Int'l Bhd. of

2 | Teamsters, 124 F.3d 999, 1014 (9th Cir. 1997) (internal quotations

3 | omitted). Under the contrary to law standard, "a District Court

4 | may overturn a Magistrate Judge's conclusions of law which

5 | contradict or ignore applicable precepts of law, as found in the

6 | Constitution, statutes or case precedent." Enns Pontiac v. Flores,

7 | No. 1:07-cv-01043-LJO-BAM, 2012 U.S. Dist. LEXIS 24263, at *13

8 | (E.D. Cal. Feb. 27, 2012) (internal quotations omitted).

9 |    Upon review of the entire file, the Court finds that Judge

10 | Drozd appropriately applied the factors from Ashford v. Steuart,

11 | 657 F.2d 1053, 1055 (9th Cir. 1981), and denied Movant's motion.

12 | It is therefore apparent that Judge Drozd's Order is neither

13 | clearly erroneous nor contrary to law.

14 |    Therefore, IT IS HEREBY ORDERED that, upon reconsideration,

15 | the Order of the Magistrate Judge filed June 29, 2012, is affirmed.

16 | Movant's Motion for Reconsideration is denied.

17 | Dated: August 6, 2012

18 | 

19 | _____
   JOHN A. MENDEZ,
   UNITED STATES DISTRICT JUDGE

20 | 

21 | 

22 | 

23 | 

24 | 

25 | 

26 | 

27 | 

28 |